■ In the Matter of ADENA I., a Child Alleged to be Neglected. CLAUDE I., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [935 NYS2d 886]

The finding of neglect was supported by a preponderance of the evidence. Under the circumstances presented, the court properly found that the child's physical, mental or emotional condition was in imminent danger of becoming impaired (*see* Family Ct Act § 1012 [f] [i]; *see also Matter of Kayla W.*, 47 AD3d 571, 572 [2008]). Respondent's appeal from the dispositional order is dismissed, since its placement terms have expired (*see Matter of Pedro C. [Josephine B.]*, 1 AD3d 267 [2003]). Concur—Mazzarelli, J.P., Andrias, Saxe, Freedman and Román, JJ.